3

THE SUNTAG LAW FIRM
A Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
ZOEY P. MERRILL (California State Bar No. 268331)
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

Attorneys for Chapter 7 Trustee
GARY R. FARRAR

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

SATURNINO P. TREJO and
LUCY R. TREJO,

         Debtors.

NO: 10-27638-D-7

DC No.: SLF 2

**MOTION FOR AUTHORIZATION TO SELL THE ESTATE'S INTEREST IN TWO VEHICLES**

Date: August 18, 2010
Time: 10:00 a.m.
Place: Department D
Honorable Robert S. Bardwil

FILED
July 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002778145

Chapter 7 Trustee Gary R. Farrar respectfully moves for authorization to sell the estate's interest in a 1999 Ford Ranger (the "Ford") and a 2003 Acura MDX (the "Acura").

Under the proposed sale, Debtors Saturnino P. Trejo and Lucy R. Trejo (the "Debtors") will buy the Ford and all of the estate's interest in the Acura for $5000.

The Trustee believes the sale of the Ford and the estate's interest in the Acura is in the best interests of the creditors and this Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

1. On March 26, 2010, the Debtors filed this case. Gary R. Farrar was appointed Chapter 7 Trustee. (Farrar Decl., ¶ 2).

2. The Debtors disclosed an interest in the Ford in their schedules. They valued the Ford at $1300 and did not exempt any interest in it. (Farrar Decl., ¶ 3).

3. The Debtors also disclosed an interest in the Acura in their schedules. They valued the Acura at $7400 and claimed a $2550 exemption in it. (Farrar Decl., ¶ 4).

4. The Ford and the nonexempt interest in the Acura are property of the bankruptcy estate. (Farrar Decl., ¶ 5).

5. The Trustee wants to liquidate the Ford and the estate's nonexempt interest in the Acura and obtain maximum value for the estate. (Farrar Decl., ¶ 6).

6. Accordingly, the Trustee entered into negotiations with the Debtors, through their attorney. (Farrar Decl., ¶ 7).

7. As a result of the negotiations, the Trustee has entered into a proposed sale with the Debtors under which the Debtors will purchase the Ford and the nonexempt equity in the Acura for $5000 (the "Purchase Amount") from the estate as follows: $4000 at the time the Debtors sign the purchase and sale agreement and

$1000 within 10 days of Court approval of this motion (collectively, the "Sale"). (Farrar Decl., ¶ 8, Ex. A).

8. The Sale is conditional on Bankruptcy Court approval of this motion and is subject to overbidding at the hearing on this Motion. (Farrar Decl., ¶ 9).

9. Bankruptcy Code Section 363(b) provides that a trustee, after notice and a hearing, may sell property of the bankruptcy estate other than in the ordinary course of business.

10. The Trustee believes the Sale is in the best interests of creditors. (Farrar Decl., ¶ 10).

WHEREFORE, the Trustee respectfully requests that the Court grant this motion for authorization to sell the Ford and the nonexempt equity in the Acura, and that it grant such further and other relief as may be just and proper.

Dated: July 6, 2010

THE SUNTAG LAW FIRM
A Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Chapter 7 Trustee
GARY R. FARRAR

MOTION FOR AUTHORIZATION
TO SELL THE ESTATE'S
INTEREST IN TWO VEHICLES

3